# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3484

_____

United States of America,          *
                                        *
               Appellee,     *    Appeal from the United States
                                        *    District Court for the District
    v.                             *    of Nebraska.
                                          *
Tommie Thompson,           *        [UNPUBLISHED]
                                          *
              Appellant.     *

_____

Submitted:  May 9, 2000

Filed:  May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and MURPHY, Circuit Judges.

_____

PER CURIAM.

Tommie Thompson appeals his drug-related convictions.  On appeal, Thompson contends the evidence is insufficient to support his convictions.  We disagree.  Contrary to Thompson's view, the record contains substantial evidence on which the jury reasonably could have found Thompson guilty of the charges.  We believe a discussion of Thompson's fact-specific arguments would serve no useful purpose.  We thus affirm Thompson's convictions without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.